**THE HARRY FOX AGENCY, INC. 601 WEST 26TH STREET, 5th FLOOR, NEW YORK, NEW YORK 10001**
A SUBSIDIARY OF NATIONAL MUSIC PUBLISHERS' ASSOCIATION, INC.

Refer to provisions hereof reproduced on reverse side varying terms of compulsory license provision of Copyright Act. The following is supplementary thereto:

Very truly yours,
**THE HARRY FOX AGENCY, INC.**

_____
We acknowledge receipt of a copy hereof:

PAGE 2

You have advised us, in our capacity as Agent for the Publisher(s) referred on in (B) supra, that you wish to obtain a compulsory license to make and to distribute phonorecords of the copyrighted work referred to in (A) supra, under the compulsory license provision of Section 115 of the Copyright Act.

Upon your doing so, you shall have all the rights which are granted to, and all the obligations which are imposed upon, users of said copyrighted work under the compulsory license provision of the Copyright Act, after phonorecords of the copyrighted work have been distributed to the public in the United States under the authority of the copyright owner by another person, except that with respect to phonorecords thereof made and distributed hereunder:

1. You shall pay royalties and account to us as Agent for and on behalf of said Publisher(s) quarterly, within forty-five days after the end of each calendar quarter, on the basis of phonorecords made and distributed;

2. For such phonorecords made and distributed, the royalty shall be the statutory rate in effect at the time the phonorecord is made, except as otherwise stated in (C) supra;

3. This compulsory license covers and is limited to one particular recording of said copyrighted work as performed by the artist and on the phonorecord number identified in (C) supra; and this compulsory license does not supersede nor in any way affect any prior agreements now in effect respecting phonorecords of said copyrighted work;

4. In the event you fail to account to us and pay royalties as herein provided for, said Publisher(s) or his Agent may give written notice to you that, unless the default is remedied within 30 days from the date of the notice, this compulsory license will be automatically terminated. Such termination shall render either the making or the distribution, or both, of all phonorecords for which royalties have not been paid, actionable as acts of infringement under, and fully subject to the remedies provided by, the Copyright Act;

5. You need not serve or file the notice of intention to obtain a compulsory license required by the Copyright Act;

6. Additional provisions are reproduced under (D) supra.