```
Time:  16.21.00                 HFA NAME & ADDRESS INQUIRY              Date:   4/20/07

Account #....  M4213Z                           License Count.......      460
Name #1......  KAREN RECORDS, INC.              Date Added..........   8/08/86
Name #2......                                   Last Update.........   1/11/02
                                                Date Joined HFA.....
                                                Date Resigned HFA...
Care Of/See # ATTN: EDWARD DOBROWSKI            Date Reinstated.....
Street/See... 7062 N.W. 50TH STREET             Check Hold.........  H 12/19/97
City/Stat/Zip MIAMI                FL 33166     DPD/LOCKER Eligible. NONE
Country......                                       Don't deposit the check.
Telephone #1. 305-471-0073                          See Royl.Comp/Legal Dept
Cont.#1...... EDWARD DOBROWSKI                          Territory.. US
Telephone #2. 305-471-0413              MC Sp.Par
Cont.#2...... FAX                       TV Sp.Par
Tax ID.......                           Com.Rate. 0000
Codes: Warn.   A   B   C   D   N/Adr 1099 "NOW" ACCT "SEE" ACCT "TOP" ACCT ADMIN
                       N
PROPRIETOR`S NAME
Comments:   PRES. - BIENVENIDO RODRIGUEZ; VICE PRES. - ISABEL RODRIGUEZ
TOTAL HOLD AS OF 11/04/97
F2=Back    F3=Exit   F4=Code Desc   F6=Dist Adr   F7=Adr Hist   F8=Note
F13=Terr       F15=Lic Look   F16=View Docs   F22=Contacts    F21=AfflFee
```


PLAINTIFF'S EXHIBIT
C
5-21-07