```
Time:    10.49.00           HFA NAME & ADDRESS INQUIRY                Date:   4/19/07

Account #....  P52579                             Song Count..........   183
Name #1......  KAREN PUBLISHING COMPANY           Date Added..........  1/21/94
Name #2......                                     Last Update.........  3/02/06
                                                  Date Joined HFA.....  1/21/94
                                                  Date Resigned HFA...
Care Of/See # ATTN: ISABEL RODRIGUEZ              Date Reinstated.....
Street/See... 130 ROSALES COURT
City/Stat/Zip CORAL GABLES            FL 33143
Country......
Telephone #1. 305-667-7880
Cont.#1...... ISABEL RODRIGUEZ              DirectDep N     Territory..
Telephone #2. 305-667-7887                  MC Sp.Par
Cont.#2...... FAX                           TV Sp.Par
Tax ID....... 650036457                     Com.Rate. 0675
Codes: Warn.  A   B   C   D   N/Adr 1099  "NOW" ACCT  "SEE" ACCT  "TOP" ACCT ADMIN
                                      C
PROPRIETOR`S NAME
Comments:   KAREN@BELLSOUTH.NET        EDWOLSKI@HOTMAIL.COM

F2=Back   F3=Exit   F4=Code Desc   F6=Dist Adr   F7=Adr Hist   F8=Note
F14=Song Look   F16=View Docs   F17=PubRep   F22=Contacts   F20=PubAff
F21=AfflFee
```


PLAINTIFF'S EXHIBIT D 5/21/07